CHARLES GERDING, JR., Respondent, *v.* ISAAC K. FUNK, Appellant.

Reported below, 48 App. Div. 603.
(Argued June 4, 1900; decided June 12, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department entered upon an order made March 13, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the action is one to recover compensation for services, and, therefore, not appealable to this court; that the decision of the Appellate Division was unanimous, and that court has not certified that a question of law is involved which should be reviewed by the Court of Appeals.

*Abram Kling* for motion.

*William H. Russell, William B. Winslow* and *Frank H. Waggoner* opposed.

Motion denied, without costs.